United States Courts
Southern District of Texas
**FILED**

MAR 2 4 2025

IN THE 12th JUDICIAL DISTRICT

COURT OF GRIMES COUNTY, TEXAS

Nathan Ochsner, Clerk of Court

CASE: 25CV1362

EX PARTE
LISA MONCERRATO MOREIRA SOTO, RELATOR
CAUSE NO. 019526

## EMERGENCY WRIT OF HABEAS CORPUS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, *Trustee Kafil Tunsill*, acting on behalf of Lisa Moncerrato Moreira Soto (Relator), and files this Emergency Writ of Habeas Corpus pursuant to **Article I, Section 12 of the Texas Constitution** and **28 U.S.C. § 2241**, requesting her immediate release from unlawful detention.

## I. JURISDICTION

1. This Court has jurisdiction to grant habeas relief under **Chapter 11 of the Texas Code of Criminal Procedure** and **28 U.S.C. § 2241**, as Relator is being unlawfully detained without just cause.

2. Relator is currently detained in Grimes County, Texas, without having been served proper notice of charges or afforded due process.

## II. FACTUAL BACKGROUND

3. On or about **October 2025**, Relator was **arrested in Grimes County on charges of Unauthorized Use of a Vehicle**.

4. The vehicle in question was **not reported stolen**, and Relator had a **private contractual agreement with the rental company** for its use.

5. Despite the absence of criminal intent or victim testimony, **Relator was profiled and arrested and her child was taken away from her due to her investigation into Assistant District Attorney Eric Houghton**.

6. No **Bill of Particulars** has been filed, and no **valid charging instrument exists**, violating due process rights under **Brady v. Maryland, 373 U.S. 83 (1963)**.

7. On **March 17, 2025,** Relator appeared for an arraignment where she requested to **face her accuser,** as is her constitutional right.

8. Instead of providing the accuser, the **court revoked her bond** and detained her, engaging in coercion to force Relator into signing a contract.

9. Lisa has been fighting to get her child back and now the court is unlawfully detaining her in order to aid assistant District Attorney Eric Houghton severing her parental rights, by forcing her to miss her upcoming hearing. See In the Interest of Leila Moreira Soto, case number 24-003097-CV-472.


## III. LEGAL ARGUMENTS

## A. UNLAWFUL DETENTION IN VIOLATION OF THE FOURTH, FIFTH, AND FOURTEENTH AMENDMENTS

9. Relator's **continued detention violates the Fourth Amendment** of the U.S. Constitution, as she was **arrested without probable cause** or valid criminal complaint.

10. The **denial of due process** violates the **Fifth and Fourteenth Amendments**, as Relator has not been served proper notice nor allowed to confront her accuser.

11. Courts have long held that an **arrest without a victim, complainant, or probable cause is unlawful.** See **Gerstein v. Pugh, 420 U.S. 103 (1975).**


## B. VIOLATION OF TEXAS CODE OF CRIMINAL PROCEDURE

12. **Article 1.04 of the Texas Code of Criminal Procedure** states that all persons must be given due course of law.

13. **Article 1.05 guarantees the right to demand the nature and cause of the accusation,** which has been denied to Relator.

14. **Article 17.15 prohibits excessive bail** and arbitrary bond revocations.

15. The **failure to file a Bill of Particulars** means that **the court lacks subject-matter jurisdiction,** and any detention is therefore unlawful.

## C. COERCION AND UNCONSTITUTIONAL CONTRACTING

16. The court is attempting to **coerce Relator into signing a contract**, which constitutes **unlawful duress**.

17. Under **UCC § 1-103 & § 1-308**, no contract may be enforced under coercion or without full disclosure.

18. The **Thirteenth Amendment to the U.S. Constitution prohibits involuntary servitude**, and coercion into a contract while in unlawful custody violates this fundamental right.

## IV. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Relator respectfully requests this Honorable Court:

1. **Grant this Emergency Writ of Habeas Corpus** and immediately order Lisa Moncerrato Moreira Soto's release from custody.

2. **Dismiss all charges with prejudice** for lack of jurisdiction and failure to file a valid charging instrument.

3. **Order an investigation into prosecutorial misconduct**, specifically the actions of Assistant District Attorney Eric Houghton in using unlawful detention as a tool of intimidation.

4. **Award attorney fees and costs for the unlawful detention** under 42 U.S.C. § 1983.

5. Grant any other relief this Court deems just and proper.

**Respectfully Submitted,**

TUNSILL REVOCABLE LIVING TRUST
By Trustee: **Kafil Tunsill**
2745 Miccosukee Rd, Tallahassee, FL 32308
Email: **kafiltunsilltrust@proton.me**
Phone: **904-576-8981**

## Certificate Of Service

I HEREBY CERTIFY that a copy hereof has been hand delivered to the following this _18TH_ day of March 2025.

Chief Judge Joe Fauth III
270 FM 149 W
Anderson, Texas 77830
Phone: 936-873-4475
Fax: 936-873-5065

Grimes County Sheriff Donald G. Sowell
382 FM 149 W
Anderson, Texas 77830
Direct Line: 936-873-6401
FAX: 936-873-9908

Trustee Kafil Tunsill

EXHIBIT A

## Formal Notice of Human Rights Violations and Demand for Immediate Remedies

**\*Subject: Case of Lisa Moncerrato Moreira Soto and Minor Child Leila Moreira Soto\***

## Date: 11/26/2024

To: Brazos County Attorney General Office

    District Attorney Eric Houghton
    300 E. 26th Street Suite 310
    Bryan, Texas 77803

URGENT MATTER

**\*Child Protective Services**

### I. Introduction

This notice addresses egregious human rights violations arising from the unjust removal of minor child Leila Moreira Soto from her mother, Lisa Moncerrato Moreira Soto. The evidence, including the CUSIP report and the affidavit filed in this case, demonstrates not only procedural misconduct but also the financial exploitation of this family's hardship through securitization. This document demands the immediate cessation of such violations and outlines the steps necessary to rectify the harm done.

### II. Evidence of Securitization: CUSIP Report

The CUSIP report (31420C811) explicitly links the case of Leila Moreira Soto to financial instruments under the 'Federated Hermes Muni and Stock Advantage Fund.'

Fund Details:

- Name: Federated Hermes Muni and Stock Advantage Fund

- Net Assets: $1,414,014,000 as of 10/04/2024

- CUSIP Number: 31420C811

This report confirms that the case (Cause No. 24-003097-CV-472) has been securitized, with the name 'Leila Moreira Soto' used as an equitable mortgage. Such actions commodify a minor child's identity and violate both domestic and international laws protecting human dignity, family integrity, and individual rights.

## III. Violations of Law

### A. International Laws
1. Universal Declaration of Human Rights (UDHR):
 - Article 16: The family, as the natural and fundamental group unit of society, is entitled to protection.
 - Article 25: Special care and assistance must be afforded to children, ensuring their rights are not compromised.

2. United Nations Convention on the Rights of the Child (CRC):
 - Article 9: A child shall not be separated from their parents unless it is demonstrably necessary for their well-being.
 - Article 36: Children must be protected from all forms of exploitation, including economic abuse.

### B. Federal and State Laws
1. 13th Amendment to the U.S. Constitution:
 The involuntary use of an individual's identity as an equitable mortgage constitutes a form of servitude, violating constitutional protections.

2. Texas Family Code (Chapter 261):
 Child removal requires evidence of immediate danger or abuse. The affidavit reveals no physical evidence of harm, making the removal arbitrary and unlawful.

## IV. Procedural Violations
1. Unsubstantiated Allegations:
 The affidavit filed by the Texas Department of Family and Protective Services lacks credible evidence of neglect or harm, relying instead on speculative claims about the mother's mental health.

2. Denial of Due Process:
 - Lisa's rights to legal representation and the presumption of innocence were disregarded.
 - Investigators imposed mental health assumptions without conducting a proper evaluation.

3. Violation of Financial Integrity:
 The securitization of the case through the CUSIP 31420C811 constitutes an economic exploitation of both the child and the mother, prioritizing financial gain over family preservation.

## V. Demands
We demand the following actions be taken immediately:

1. Immediate Reunification:
 Release Leila Moreira Soto to her mother, Lisa Moncerrato Moreira Soto, unless incontrovertible evidence of harm or danger is presented.

2. Disclosure of Financial Activities:

Provide a full audit and disclosure of all financial transactions and securitizations linked to CUSIP 31420C811 and any related financial instruments.

3. Independent Investigation:

Launch an independent investigation into all parties involved, including government officials, fund managers, and legal representatives, to identify those responsible for exploiting this case.

4. Human Rights Oversight:

Engage international human rights organizations to oversee the resolution of this case, ensuring compliance with domestic and international law.

## VI. Notice of Intent

Failure to take immediate corrective action will result in the following:

1. Filing formal complaints with international human rights organizations, including the United Nations.

2. Initiating federal litigation against the responsible parties for human trafficking and economic exploitation.

3. Pursuing criminal charges for violations of constitutional rights, child exploitation statutes, and fiduciary abuse laws.

## VII. Conclusion

The actions outlined in this case are an affront to the principles of justice and human dignity. The immediate release of Leila Moreira Soto and the cessation of exploitative practices are imperative. This is not merely a legal matter; it is a moral obligation to uphold the rights of the vulnerable.

Signed,

TUNSILL REVOCABLE LIVING TRUST
Trustee Kafil Tunsill
2745 Miccosukee Rd
Tallahassee, FL 32308
904-576-8981
kafiltunsilltrust@proton.me

CC:     The Texas Department of Criminal Justice
        P.O. Box 99                          P.O. Box 13084
        Huntsville, TX 77342-0099            Austin, TX 78711-3084
        (936) 437-2101                       (936) 437-2101
        Fax: (936) 437-2123                  Fax: (936) 437-2123

        Office of the Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

THE STATE OF TEXAS
COUNTY OF GRIMES

☐ JP1 ☐ JP2 ☐ JP3 ☐ CC
☐ Other _____

## MAGISTRATE'S WARNING AND FINDING OF PROBABLE CAUSE

Before me, the undersigned magistrate of the State of Texas, on this day personally appeared Moreira-Soto, Lisa Moreira, in the custody of TCSO , and a peace officer. The said person was given the following warning by me:

☑ You are charged with the offense of Bond Revocation- Unauth Use Veh (SJF)

**Warrant #** 10526

☑ You have the right to hire a lawyer and have him or her present prior to and during any interview and questioning by peace officers or attorneys representing the State. If you are too poor to afford a lawyer, you have the right to request the appointment of a lawyer to be present prior to and during any such interview and questioning. You may have reasonable time and opportunity to consult your lawyer if you desire. Class C misdemeanors are not afforded court appointed attorney.

☑ You have the right to remain silent.

☑ You are not required to make a statement, and any statement you make can and may be used against you in a court of law.

☑ You have the right to stop any interview or questioning at any time.

☑ You have the right to an examining trial in felony cases only.

☑ If you are eligible and request an appointed attorney now, you must fill out a financial questionnaire form. If you need assistance in filling out this form help will be provided for you. After filling out the form, you must swear to its truthfulness before a notary.

☑ Are you requesting that an attorney be appointed to represent you now?    ☐ Yes  ☑ No

☐ Video Magistrate     Plea: _____     Bond/Fine Amount: $20,000 ea o/s

Person Warned Signature: _COACTUS : under duress, threat, coercion_ Non-negotiate 1570

Mailing Address: P.O. Box 12106 Austin, TX 78711     Phone #: _____

Jailer: _____

Remarks: _____

Time: 8:07 AM/PM     Date: 3/18/2025     of this magistrate

| Justice Court Pct. 1 | Justice Court Pct. 2 | Justice Court Pct. 3 | County Judge |
|---|---|---|---|
| Judge Chris M. Acord | Judge Lester Underwood | Judge Mark Laughlin | Judge Joe Fauth III |
| P.O. Box 450 | P.O. Box 266 | P.O. Box 828 | 270 FM 149 W |
| 23710 FM 39 | L.E.C. at FM 149 West | 205 Veterans Memorial Dr. | Anderson, Texas 77830 |
| Iola, Texas 77861 | Anderson, Texas 77830 | Navasota, Texas 77868 | Ph.# 936-873-4476 |
| Ph.# 936-394-2060 | Ph.# 936-873-6451 | Ph.# 936-873-3900 | |

Pg 1-4pg

Absolute
Affadavit

DIANE LeFLORE DIST. CLERK
MAR 21 2025
GRIMES COUNTY, TEXAS
BY _____ DEPUTY

Created by: lisa marie
moore 500

Human Rights Violations / Constitional Infractions
Candor / Code of Ethic Violations.

Cause: 25-00003614
        deputy Koch - detained by Field clerk

03.17.2025 @ 3:4\pm : i am being detained against my will.

- On 03.17.2025 at 9:00a.m : i: living woman appeared under a non-negotiable special appearance
- filed with Clerk non-negotiable special appearance
- i asked Judge David Mooreman to bring forth the injured party's
- i informed Judge David Mooreman no service was given
- No Copus delecti was produced by Moor
- i asked court to be dismissed for no injury party and no SERVICE
- Judge David Mooreman detained me in the courtroom with No due process.
- i asked for what type of contempt is this civil or criminal
- i am noncompative non-military, non-belligerent requesting
- Judge David Mooreman did not want to anser the question.
- i asked since he had seen the securities agreement that he knew. All scheduling Fees are accepted by him when he violated my constitional rights.
- he acknowledged the detainment by stating "you can longer speak us your in custody

#2 - through 5

Judge acknowledge the acceptance by violating my constitutional rights and human rights violations by silencing me. All scheduling fees in effect billing intrest

# - On 3/18/2025 - he/african officer davison's took my pen. officer davison loudly provided me her pen as sanctioned this 2nd day to request legal fee. in writings a new cell-mate denied

When asked to what jurisdication I am in

- Judge Mooreman, David said "your in the Grimes County jurisdication"

- i let Mooreman know i could not find that in the consitution.

- i asked if the jurisdication is admirality or common Law?

- he stated "admirlty jurisdiadion" doesn't exsist

- i noticed they no longer were holding a court of record. as the screens that had once been recording were off.

- Constable Ellis James provided me a paper; the Judge acknowledged their was no service and he claimed he had a return of service and confirmed my address of 310 Merton Street, Richel X 7; i was denied when asked to view the return service.

Judge David Mooreman again i asked to know the nature of of action

i need to understand the charges

No injured party was produced

Judge David Mooreman said she will read to you, pointing to a woman

i asked "Who is she" he did not answer — he ignored my question

i asked is she the injured party

i reviewed the second pg of the paper

— i asked are you the witness or injured party; please state your name for the record; it says here Tammy Thomas for service; asked are a party into this matter?

does Tammy Thomas know first-hand acknowledge & the facts

Judge David Mooreman could not produce injured/party

Judge David Mooreman exsited; NO Corpus Delecti NO SERVICE continued to violate my rights

Judge David Mooreman by choosing to detain me by contempt became the judge, witness and injured party — i asked are you the injured party; he did not answer

everything that is being done to me is under duress, threat, coercion

False imprisonment and treason is committed by Judge David Mooreman due to violations of constitutional infractions, human rights, and violations under code of ethics.

Date: 3/14/2025 Location: ___ Grimes County pg 3

Grimes County refused to provide Notary to provide Jurat (Jurat) Notary desk request

28 USC 1746 — unsworn declaration under penalty of perjury

1st Witness Patricia David 2nd Witness ___



**Legal Requests** Legal material will be provided to you upon request in accordance with recent court decisions. The service of a notary is available to you without cost.

**Intercom Usage** Each cell is equipped with an intercom button. It is for emergency situations and for information purposes only. Inmates who abuse the intercom to harass officers, disrupt operations or repeatedly activate the intercom shall be subject to disciplinary action.

**Conduct** Your behavior while you are in jail shall determine, to a great extent, the total length of time you must serve in confinement.

**Request Forms** Request forms are available to any inmate requesting services. All requests shall state only what services are being requested. Request forms shall be answered by jail staff and returned to the inmate. Request forms shall be picked up with outgoing mail, once a day.

**Grievance Procedure:** An inmate may file a grievance for being subjected to any criminal act, prohibited act by facility staff, violation of your civil rights or unjust denial or restriction of your inmate privileges. If you wish to file a grievance, a grievance form will be made available to you at your request. Only one (1) grievance per form is acceptable. Your grievance shall be placed in an envelope marked Grievance Officer and given to the jail staff on duty. Any inmate who intentionally files a frivolous grievance which, after investigation proves to be false, may be subject to disciplinary action. You may appeal a decision of a grievance procedure. All appeals must be submitted to the Sheriff within 5 days. The Sheriff's decision is final.

**Disciplinary Procedure:** Disciplinary action against you shall be in accordance with the MAJOR and MINOR infractions listed below:

| Sanctions for MINOR infractions shall be limited to: | Sanctions for MAJOR infractions shall be limited to: |
|---|---|
| 1) Counseling | 1) Loss of good conduct credit |
| 2) Verbal or written reprimand | 2) Loss of privileges for a period not to exceed 30 days |
| 3) Loss of privileges for a period of time not to exceed 15 days; and | 3) Removal from work detail or programs |
| 4) Disciplinary separation for a period not to exceed 15 days | 4) Disciplinary separation for a period not to exceed 30 days; and |
|  | 5) Restitution for damage to jail property. |

Inmates who violate rules and regulations shall have the right to a hearing before an impartial officer in the case of minor rule violations and an impartial board in the case of major rule violations. You may waive a hearing for any infraction, provided there is no threat of loss of good-conduct credit or restitution for damage to jail property. The waiver form provided will inform you of the charge(s) against you, the allowable sanctions and the commissary account of an inmate that is found liable for the damages in an institutional due process hearing.

Prior to any hearing, you will be given at least a 24-hour notice of the claimed violation or charge(s) against you. You will be informed of the evidence against you, although confidential informants may be protected. You will have the opportunity to be heard in person, to present documentary evidence and to call relevant witnesses on your behalf, when not unduly hazardous to institutional safety and correctional goals. If you doubt your ability to collect and present the evidence necessary for an adequate comprehension of the case, provisions will be made for you to receive assistance.

Following the disciplinary hearing, the disciplinary board or officer will provide you with a written statement indicating the evidence relied upon and reasons for disciplinary action taken. A copy of this statement will also be placed in your disciplinary file. If you do not agree with the ruling of the disciplinary board, you may appeal the ruling within 5 days with the Sheriff, whose decision is final.

Listed below are PROHIBITED ACTS in this jail facility. Any violation will be cause for DISCIPLINARY ACTION and/or CRIMINAL PROSECUTION. Any trustee found guilty of a MAJOR infraction may lose his GOOD TIME CREDIT.

| MAJOR INFRACTIONS | MINOR INFRACTIONS |
|---|---|
| 1) Acts classified as an offense under state law | 1) Gambling |
| 2) Acts classified as an offense under federal law | 2) Abuse of intercom system |
| 3) Inciting riotous behavior | 3) Present in an unauthorized area |
| 4) Fighting | 4) Entering or exiting an area without permission |
| 5) Inciting a riot | 5) Unauthorized equipment |
| 6) Threatening | 6) Unauthorized taking of items into or out of units |
| 7) Coercion | 7) Malingering |
| 8) Setting a fire | 8) Smoking |
| 9) Sexual abuse | 9) Unauthorized changing of bed assignment |
| 10) Solicitation | 10) False self-identification |
| 11) Nudity | 11) Failure to respond to staff questioning |
| 12) Indecent exposure | 12) Possession of unauthorized clothing, linen or bedding |
| 13) Possession of stolen property | 13) Possession of contraband |
| 14) Trafficking | 14) Defacing property |
| 15) Impeding inmate head-count | 15) Unauthorized contact or passing of an item |
| 16) Impeding the security of housing units | 16) Horseplay |
| 17) Falsely reporting an emergency | 17) Disrespect towards or yelling at another inmate |
| 18) Bribery | 18) Lying to or about another inmate(s) |
| 19) Recklessness | 19) Disorderly cell or bunk area |
| 20) Tampering | 20) Inadequate personal hygiene or inadequate uniform |
| 21) Destruction of property | 21) Sexual activity |
| 22) Mutilation | 22) Obstruction of view |
| 23) Possession of tattoo paraphernalia | |
| 24) Possession of altered items | |
| 25) Possession or manufacture of a weapon | |
| 26) Possession or manufacture of an escape device | |
| 27) Possession, manufacture, distilling or brewing of alcohol | |
| 28) Possession or manufacture of inhalants | |
| 29) Possession or manufacture of chemical agents | |
| 30) Possession or manufacture of unauthorized drugs or medications | |
| 31) Possession or manufacture of narcotics or paraphernalia | |
| 32) Hoarding medications | |
| 33) Feigning illness or injury | |
| 34) Excessive Noise | |
| 35) Throwing or propelling objects or substances | |
| 36) Interference with court related proceedings | |
| 37) Interference with official communications or devices | |
| 38) Interference with security operations | |
| 39) Disruption of institutional activities | |
| 40) Violation of feeding, mail, visitation, program, recreation, commissary, consumption, work assignment or treatment program procedures | |
| 41) Refusal to follow written or oral directives | |
| 42) Disrespect to staff | |
| 43) Abuse of grievances/filing false grievances or multiple duplicates | |

Revised 6/2021

215978

MJ5

## GRIMES COUNTY JAIL
## INMATE RULES AND REGULATIONS

**Personal Property:**    All property (clothing, jewelry, etc.) that you had on when you were booked into jail has been tagged and stored in the property room. It will be returned to you when you are released from jail. If you are sent directly to the Texas Department of Criminal Justice of your family comes by and pick up your property.
Any property left for more than thirty days will be disposed of.
**Release of Property:**    Property can only be released with the proper request form. To release any property you must:
1) Complete a request form stating what property is to be released and to whom.
2) Request form must be submitted 24 hours in advance of the time the property is to be released.
**Money:**    The money that you had when you were booked in will be put in the Inmate Trust Fund and you will be able to draw from it for commissary. While in jail your family and friends can send money orders or cashier's checks only. All money orders or cashier's checks must be made out to and sent to the Inmate Trust Fund not to the inmate. The inmate's name must be noted somewhere else on the money order or cashier's check but not on the "Pay to the Order of" line. The sender's name, address and phone number must appear in the "Sender" section.
    Send all Money Orders and Cashier's Checks to:   Inmate Trust Fund   382 FM 149 West,   Anderson, TX 77830
ABSOLUTELY NO cash, money orders, or cashier's checks will be left at the jail. When you are released from jail, the balance in your inmate trust fund will be returned to you.
**Commissary:**    Various items are available for purchase. Order forms will be handed out weekly. Purchases may be made online by persons outside of the jail through the Commissary Company, however this convenience will not be available for those inmates with outstanding medical balances owed over $100.00. Once this balance drops below $100.00 owed, this convenience will be restored.
**Authorized Visitors:**    Visitors are limited to the 5 people you have listed on your visitation list. Children by blood or adopted grandchildren or children to whom you are a legal guardian will be allowed to visit accompanied by an adult. All visitors age 15 or older shall show a valid state issued identification with a picture. Visitation List will be passed out for update only every 90 days.
**Visitation:**    Visitation is as follows:   Females – Saturday 1:00 PM – 2:00 PM   Males – Saturdays 2:00 PM – 5:30 PM and Sundays 1:00 PM – 5:30 PM. Vulgar language/gestures of any type or any violation of jail rules while in the visitation room will result in immediate termination of your visit. Disciplinary action may also be taken. You will be permitted two (2) twenty-minute visitation periods per week. Check with the staff for your scheduled visitation day. Visits must be scheduled 24 hours in advance.
**Attorney and Clergy Visits:**    Attorneys and clergy desiring to visit with inmates are not restricted to the regular visitation days and/or hours. They will be allowed to use the area designated as attorney visitation. Hours for attorney/clergy visits are from 8:00 AM to 10:00 PM. Exceptions may be made for emergency situations.
**Emergency Visits:**    The Sheriff recognizes that emergencies arise that would cause a request for a visit at times or dates other than those regularly scheduled. Such requests will be considered on an individual basis. Requests must be made to the Jail Administrator.
**Correspondence:**    The amount of mail sent by an inmate, provided you have the funds to purchase your own stamps, envelopes and paper is not restricted. The amount of mail you receive is also not restricted. However, accumulated mail must not exceed safe fire regulations. If you are indigent, you are restricted to three (3) personal first-class letters addressed to anyone of your choosing, per week, and if requested, a reasonable amount to correspond to your attorney and the courts. Mail addressed to officials of the federal, state and local courts, all federal officials and officers, including the President of the United States; state officials and officers, including the Governor and the Texas Commission on Jail Standards; letters to bonafide news media; the inmate's attorney(s) shall not be restricted or inspected. Please advise the people who may write to you that they must do the following:

A)    Show their name and address on the envelope. (Any letter that is non-deliverable will be returned)
B)    Show your full name. (The name by which you were booked into jail)
C)    The address for sending a letter to the jail where you are assigned is as follows:
        382 FM 149 West
        Anderson, TX 77830
D)    NO money and packages with personal property will be accepted for inmates.

The Grimes County Jail will accept magazines/crossword books mailed from the publishers only. Magazines received in secondary packaging will not be accepted. All magazines are subject to search by the jail staff. It is the policy of this office that all inserts and staples be removed before magazines are distributed to an inmate. Magazines deemed to be of an undesirable nature to this facility shall be stored in your personal property until you are released. Each inmate may keep no more than two (2) current subscribed issues of any magazine. Newspapers will be limited to one (1), not being older than 7 days. All others will be confiscated. Magazines and/or newspapers found in your possession shall have the name/address label intact or the item will be confiscated as contraband. Any non-privileged mail shall be returned for the following reasons: 1) contains information regarding the manufacture of explosives, weapons or drugs, 2) contains material that a reasonable person would construe as written solely for the purpose of communicating information designed to achieve the breakdown of jails through inmate disruption such as strikes or riots, 3) a specific factual determination has been made that the publication is detrimental to inmate rehabilitation because it would encourage deviate criminal behavior, and 4) inappropriate language.

**Living Areas:**
1) Each inmate shall be assigned to a bunk and a locker in a cell. Inmates shall not change bunks without permission. No inmate will use a bunk or locker not assigned to him.
2) Each inmate must keep his living area neat, clean and free from contraband. Beds shall be made when not being used for sleeping.
3) Inmates shall not hang towels, blankets, clothing, etc., in their living area. Wet towels and clothing can be draped over the shower wall while drying.
4) Mattresses shall remain on the bunks.
5) Inmates shall not alter, disfigure, damage or destroy any County property in their housing area, to include the bunk, ceiling, walls, fixtures, etc.,

**Clothing:**    Each inmate shall be issued one (1) uniform, one (1) pair of boxers, and one (1) pair of shoes. Laundry shall be done weekly. You are expected to keep your clothing clean and not tear, mark, or alter the clothing in any way. Violation of this rule will result in disciplinary and monetary actions against you.

**Personal Hygiene:**    You are expected to shower daily. Hair is to be kept clean. Haircuts are given once a month on a sign-up basis.

**Medical Services:**    Medical and Dental services are available to you while you are in jail. If you require this attention, fill out a medical request form and an appointment will be made. A $20.00 fee shall be deducted from your Inmate Trust Fund prior to your appointment. An inmate shall not be denied medical help because of his/her inability to pay. Costs for new prescription and over the counter medication shall be deducted from your Inmate Trust Fund. Medication refills shall be deducted from your Inmate Trust Fund prior to filing. In case of an emergency, notify a jailer immediately for assistance.

**Activities and Programs:**
1) Religious:    Regular church services are held in the jail weekly if and when volunteers make themselves available for this activity.
2) Recreation:    You shall be permitted recreation for no less than one (1) hour three (3) times a week weather permitting. If you choose to participate in recreation, you will be expected to observe the conduct of "A Good Sport".
3) Library: Library is passed out every other Wednesday. Inmates may obtain books. Mutilation or destruction of any book shall result in disciplinary action against you.

**Contraband:**    You are prohibited from having certain items while you are in jail. Possession of contraband is a serious offense for which you shall be disciplined. Any item not issued to you by the Grimes County Jail or purchased in the commissary is considered contraband and shall be confiscated. Any item changed from its original condition shall also be considered contraband.

THE STATE OF TEXAS
COUNTY OF GRIMES

☐ JP1 ☐ JP2 ☐ JP3 ☐ CC ☐ DC
☐ Other _____

## MAGISTRATE'S WARNING AND FINDING OF PROBABLE CAUSE

Before me, the undersigned magistrate of the State of Texas, on this day personally appeared _Mayorra-Soto Lee Marcos_ in the custody of _GCSO_, and a peace officer. The said person was given the following warning by me:

☐ You are charged with the offense of _Bond Revocation_ _Unauth use veh (STT)_          Warrant # _0653..._

☐ You have the right to hire a lawyer and have him or her present prior to and during any interview and questioning by peace officers or attorneys representing the State. If you are too poor to afford a lawyer, you have the right to request the appointment of a lawyer to be present prior to and during any such interview and questioning. You may have reasonable time and opportunity to consult your lawyer if you desire. Class C misdemeanors are not afforded court appointed attorney.

☑ You have the right to remain silent.

☑ You are not required to make a statement, and any statement you make can and may be used against you in a court of law.

☑ You have the right to stop any interview or questioning at any time.

☑ You have the right to an examining trial in felony cases only.

☑ If you are eligible and request an appointed attorney now, you must fill out a financial questionnaire form. If you need assistance in filling out this form help will be provided for you. After filling out the form, you must swear to its truthfulness before a notary.

☐ Are you requesting that an attorney be appointed to represent you now?        ☐ Yes ☑ No

☐ Video Magistrate          Plea: _____        Bond/Fine Amount: _None & o/s_

Person Warned Signature: _Coach's under duress threat coercion violation of rights_

Mailing Address: _P.O Box 13106 Austin Tx 78711_          Phone #: _____

Jailer: _____

Remarks: _____

Time: _7:07_ AM/PM        Date: _3/18/2045_          of this magistrate

Justice Court Pct. 1
Judge Chris M. Acord
P.O. Box 450
23710 FM 39
Iola, Texas 77861
Ph.# 936-394-2060

Justice Court Pct. 2
Judge Lester Underwood
P.O. Box 266
L.E.C. at FM 149 West
Anderson, Texas 77830
Ph.# 936-873-6451

Justice Court Pct. 3
Judge Mark Laughlin
P.O. Box 828
205 Veterans Memorial Dr.
Navasota, Texas 77868
Ph.# 936-873-3900

County Judge
Judge Joe Fauth III
270 FM 149 W
Anderson, Texas 77830
Ph.# 936-873-4476

STATE OF TEXAS
COUNTY OF GRIMES
I, Diane LeFlore, District Clerk of Grimes County,
Texas, do hereby certify that the foregoing is a true
and correct copy of the original record, not in my
lawful custody and possession, as appears of record
in said court on file in my office.
Witness my official hand and seal of office, this
3-21-25

Diane LeFlore, District Clerk
Grimes County, Texas

By: _____, Deputy

CASE #
FILED BY:

DATE:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion for Emergency Hearing** has been delivered via **hand delivery and fax** to the following parties on this **20th day of March 2025**:

**Honorable Judge Joe Fauth III**
270 FM 149 W, Anderson, Texas 77830
Phone: 936-873-4475
Fax: 936-873-5065

**Grimes County Sheriff Donald G. Sowell**
382 FM 149 W, Anderson, Texas 77830
Direct Line: 936-873-6401
Fax: 936-873-9908

**District Attorney Andria Bender**
270 FM 149 W
Anderson, Texas 77830
Phone: 936-873-2137
Fax: 936-873-2688

/s/ Kafil Tunsill
Trustee, TUNSILL REVOCABLE LIVING TRUST