IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS - HOUSTON DIVISION

CIVIL ACTION NO. H-25-1362

LISA MONCERRATO MOREIRA SOTO,
Petitioner,

v.

SHERIFF DONALD G. SOWELL,
Respondent.

United States Courts
Southern District of Texas
FILED

MAY 0 8 2025

Nathan Ochsner, Clerk of Court

RESPONSE TO ORDER TO SHOW CAUSE BY NEXT FRIEND KAFIL
TUNSILL

COMES NOW, Kafil Tunsill, pursuant to this Court's May 6, 2025
Order to Show Cause, and respectfully submits the following
response to establish proper standing as next friend to
Petitioner Lisa Soto under 28 U.S.C. § 2242 and Whitmore v.
Arkansas, 495 U.S. 149 (1990):

**I. WHY THE REAL PARTY CANNOT PROSECUTE THIS CASE HERSELF**
Lisa Soto is currently detained in Grimes County Jail under
circumstances that deprive her of access to proper legal counsel
and impair her ability to competently file pleadings pro se. She
has no access to legal materials, typewriting tools, or notary
services. Moreover, her emotional and physical condition,
including severe vomiting of blood and lack of medical

attention, further renders her incapable of asserting her own legal rights at this time. These facts have been verified by myself and her biological family and are supported by affidavits already on record.

## II. DEDICATION TO HER BEST INTERESTS

I am legally appointed by Lisa Soto as her Power of Attorney and Next Friend, recorded in Brazos County under official record. I have personally traveled thousands of miles at my own expense, not for profit or recognition, but out of moral and spiritual duty. I am the founder of the Serving Humanity Trust, a lawful, spiritual mission exclusively dedicated to serving the oppressed, particularly women and children. My service to Lisa has been continuous, sacrificial, and has earned full support of her family, including notarized statements of endorsement. I have never sought compensation and have only acted with her liberty and wellbeing in mind.

## III. SIGNIFICANT RELATIONSHIP WITH LISA SOTO

I have a verified fiduciary and familial relationship with Lisa Soto, formalized through a recorded power of attorney and supported by her mother, father, and other immediate family

members. I am in regular contact with them and have taken direct steps in legal, medical, and logistical matters since her unlawful detainment and since her daughter was taken in October 2024. I am recognized as her lawful fiduciary by Lisa and her family, not by my own claim, but by written, sworn instruments on file in public record.

**REQUEST FOR RELIEF**

Accordingly, I respectfully request that this Honorable Court recognize my lawful and equitable standing as Next Friend under § 2242 and Whitmore, reinstate the Petition, and proceed to review the merits of the habeas corpus relief requested. Any procedural defects are not due to malice or disregard, but due to sincere effort to act under urgency and within spiritual and equitable conscience. I am willing to amend the pleadings using the required form as the Court instructs.

Respectfully submitted,

By: _____ UCC 1-308

Kafil Tunsill

Next Friend & Fiduciary for Lisa Soto

2745 Miccosukee Rd., Tallahassee, FL 32308

Date: 5/8/2025

Exhibit A

## NOTICE AND DEMAND

Date: May 05, 2025

To: Sheriff Donald G. Sowell
Grimes County Sheriff's Office
382 FM 149 West
Anderson, TX 77830

RE: Inmate Lisa Soto – Booking No. 215978

This notice is to formally report retaliatory conduct and unsafe confinement conditions against Lisa Soto, Booking No. 215978. On or about May 3, 2025, Officer SPOUGH entered her room without cause and with hostility, forcibly removed her television, and disconnected power from the outlet. This follows a pattern of harassment by Officers SPOUGH and VAN HUSS. Such behavior constitutes retaliation, emotional abuse, and violates constitutional protections under the Eighth and Fourteenth Amendments.

Further, Ms. Soto is being denied her religious rights and fasting accommodations during Ramadan, in violation of the First Amendment and RLUIPA.

This notice is hereby sent to Sheriff Donald G. Sowell and all Grimes County Jail employees to cease and desist from all retaliatory and discriminatory actions. This document shall be entered into the record, and all responsible parties shall be held jointly and severally liable.

Sincerely,

*Kafil Tunsill* vec 1-308

Kafil Tunsill
Advocate for Lisa Soto

Verification: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this date: May 05, 2025

## NOTICE AND DEMAND

Date: May 05, 2025

To: Sheriff Donald G. Sowell
Grimes County Sheriff's Office
382 FM 149 West
Anderson, TX 77830

RE: Inmate Lisa Soto – Booking No. 215978

This letter constitutes a formal Freedom of Information Act (FOIA) and Brady disclosure request demanding the following records be produced within 10 consecutive calendar days:

1. Full names, badge numbers, and employment history of Officers SPOUGH and VAN HUSS.
2. Any complaints, grievances, or disciplinary actions filed against them.
3. Security camera footage from Lisa Soto's room and hallway from April 26, 2025 to May 3, 2025.
4. All logs of Lisa Soto's outgoing mail and grievances filed.

Failure to respond within the mandated timeline may constitute a violation of Brady v. Maryland and obstruction of justice.

Sincerely,

Kafil Tunsill                    UCC 1-308
Kafil Tunsill
Advocate for Lisa Soto

Verification: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this date: May 05, 2025