AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

United States Courts
Southern District of Texas
FILED

MAY 0 8 2025

Nathan Ochsner, Clerk of Court.

LISA MONCERRATO MOREIRA SOTO
_____
Petitioner

v.

SHERIFF DONALD G. SOWELL
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No.  H-25-1362
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.    (a) Your full name: LISA MONCERRATO MOREIRA SOTO

      (b) Other names you have used: LISA SOTO

2.    Place of confinement:

      (a) Name of institution: GRIMES COUNTY JAIL

      (b) Address: 382 FM 149 WEST

            Anderson, TX 77830

      (c) Your identification number: 215978

3.    Are you currently being held on orders by:

      ☐ Federal authorities     ☒ State authorities     ☐ Other - explain:

4.    Are you currently:

      ☒ A pretrial detainee (waiting for trial on criminal charges)

      ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

        If you are currently serving a sentence, provide:

           (a) Name and location of court that sentenced you: _____

           (b) Docket number of criminal case: _____

           (c) Date of sentencing: _____

      ☐ Being held on an immigration charge

      ☐ Other (explain): _____

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:

      ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  *IN THE 12ᵀᴴ JUDICIAL DISTRICT COURT OF GRIMES COUNTY, TEXAS*

(b) Docket number, case number, or opinion number:  *019526*

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

*LISA bond was revoked because she challenged the jurisdiction of the court, + requested to face her accuser.*

(d) Date of the decision or action:  *3/17/2025*

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  *IN THE 12ᵀᴴ JUDICIAL DISTRICT COURT OF GRIMES COUNTY, TEXAS*

(2) Date of filing:  *ON ARE ABOUT 3/19/2025*

(3) Docket number, case number, or opinion number:  *019526*

(4) Result:  *DENIED*

(5) Date of result:  *NOT HEARD*

(6) Issues raised:  _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

_____

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

_____

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                    ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____

(d)   Did you appeal the decision to the United States Court of Appeals?
☐ Yes                    ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

12.   **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes                    ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of the Fourth and Fourteenth Amendments - Unlawful Revocation of Bond without Due Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Lisa Soto's bond was revoked without just cause, notice, or a meaningful opportunity to be heard. Under the Fourteenth Amendment's Due Process Clause, a pretrial detainee has the right to liberty unless proven otherwise under strict judicial scrutiny.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND TWO:** Collusion Between Judicial Officers and CPS to Terminate Parental Rights - Violation of Sustantive Due Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Lisa's confinement is being used as a tool to interfere with her parental rights, which are protected by the 14th Amendment as a fundamental liberty interest. The state actors coordinated attempt to keep her detained to support a CPS termination proceeding violates the doctrine of unconstitutional conditions.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law,)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: *Grant this Emergency Writ of Habeas Corpus and immediately order Lisa Moncerrato Moreira Soto's release from custody.*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5/8/2025

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

NEXT FRIEND + Power of Attorney