United States District Court
Southern District of Texas
**ENTERED**
October 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA MONCERRATO MOREIRA SOTO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-1362 |
| | § | |
| SHERIFF DONALD G. SOWELL, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 3rd day of October, 2025.

                                                                 _____
                                                                                  SIM LAKE
                                                  SENIOR UNITED STATES DISTRICT JUDGE